IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LEONARD VILLANOVA and KAREN VILLANOVA, h/w** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **MERCK SHARP & DOHME CORP. INC., MERCK SHARP & DOHME CORP., CORP.**, formerly known as Merck Humab Health Division, U.S. Human Health, **JONES LANG LASALLE AMERICAS, INC.**, d/b/a Jones Lang LaSalle and JLL, **JONES LANG LASALLE - NORTHEAST**, d/b/a Jones Lang LaSalle and JLL, **JONES LANG LASALLE OF PENNSYLVANIA, INC.**, d/b/a Jones Lang LaSalle and JLL, **JONES LANG LASALLE IP INC.**, d/b/a **LABWELL, JOHN DOE, INC. NO. 1** and **JOHN DOE, INC. NO. 2** | : : : : : : : : : : : | **NO. 20-6244** |

### ORDER

**NOW**, this 7th day of April, 2021, upon consideration of Plaintiffs' Motion to Voluntarily Dismiss Complaint Without Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(2) (Doc. No. 15) and the defendants' response, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**.

/s/ TIMOTHY J. SAVAGE J.